### BRENOR JOSEPH *v.* COMMISSIONER OF CORRECTION

The petitioner Brenor Joseph's petition for certification for appeal from the Appellate Court, 117 Conn. App. 431 (AC 29731), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Christopher M. Neary*, special public defender, in support of the petition.

Decided November 5, 2009